# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN HERZ SRIVASTAVA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:10-0082 |
| ) | |
| v. ) | JUDGE HAYNES |
| ) | |
| BLAKEFORD AT GREEN HILLS ) | |
| CORPORATION, VAN CLUCK, PATRICIA ) | |
| MORELL, ARNOLD BIENSTOCK, ERIC ) | JURY TRIAL DEMANDED |
| BRAM, JONATHAN ADLAND, ORA HIRSCH ) | |
| PESCOVITZ, and DAVID F. HAMILTON, ) | |
| Defendants. ) | |

## DAVID F. HAMILTON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This lawsuit is the latest in an ongoing series of frivolous and harassing attacks by Carolyn Srivastava on the judiciary, the judicial system, and people she claims have wronged her. State, federal district, and federal appellate courts in Indiana where she lives have been forced to address her abuse of the judicial system through filing restrictions.

Defendant David F. Hamilton was the federal district court judge assigned several of Ms. Srivastava's prior lawsuits in the Southern District of Indiana. He is now a judge of the U.S. Seventh Circuit Court of Appeals. As such, because all his acts about which Ms. Srivastava complains were judicial acts within his jurisdiction, Judge Hamilton has absolute judicial immunity from suit. Even if Judge Hamilton were not immune from suit, Ms. Srivastava has failed to state a civil RICO claim against Judge Hamilton, her RICO claim is barred by the statute of limitations, and venue in this Court is improper for her RICO claim.

Additionally, the Westfall Act precludes suit against Judge Hamilton on Ms. Srivastava's claims for the state law torts of intentional infliction of emotional distress and fraud. Ms. Srivastava's sole remedy on those claims is a suit against the United States under the Federal Tort Claims Act ("FTCA") (under which she must first exhaust her administrative remedies, and for which venue properly lies in Indiana). And, Ms. Srivastava is not entitled to punitive damages, injunctive relief or a jury trial under the FTCA.

Ms. Srivastava's complaint suffers from several other defects, including her legal inability and lack of standing to obtain injunctive relief against Judge Hamilton. Finally, her complaint also is subject to being stricken as impertinent and scandalous.

Therefore, Judge Hamilton respectfully requests that the Court grant his motion in all respects and dismiss plaintiff's complaint with prejudice.

Judge Hamilton relies on this Motion, the Memorandum of Points and Authorities, and exhibits filed herewith in support of his Motion.

/ / /

/ / /

Judge Hamilton also is filing with his Motion: (1) a Motion to substitute the United States as the proper defendant in Ms. Srivastava's tort claims; and (2) a Certification that Judge Hamilton was acting within the scope of his employment as an employee of the United States at the time of the incidents alleged in the plaintiff's complaint.

>Respectfully submitted,
>
>EDWARD M. YARBROUGH
>UNITED STATES ATTORNEY
>MIDDLE DISTRICT OF TENNESSEE
>
>BY: s/Mark H. Wildasin
>MARK H. WILDASIN (BPR 015082)
>ASSISTANT UNITED STATES ATTORNEY
>110 9th Avenue South, Suite A-961
>Nashville, Tennessee 37203-3870
>Telephone: (615) 736-5151

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been served, by electronic means, via the U.S. District Court's system, if registered, otherwise by First Class Mail postage prepaid, this 9th day of April 2010, on:

| | |
|---|---|
| Carolyn Herz Srivastava<br>3105 Lehigh Court<br>Indianapolis, IN 46268 | Douglas B. King, Esq.<br>Wooden & McLaughlin LLP<br>211 North Pennsylvania Avenue<br>Suite 1800<br>Indianapolis, IN 46204-4208 |
| Arnold Bienstock<br>120 West 64th Street<br>Indianapolis, IN 46260 | Charles K. Grant, Esq.<br>Benjamin H. Bodzy, Esq. |
| Michael D. Sontag, Esq.<br>Bass Berry & Sims PLC<br>150 Third Avenue South<br>Suite 2800<br>Nashville, TN 37201 | Baker Donelson Bearman Caldwell & Berkowitz, P.C.<br>211 Commerce Street<br>Suite 800<br>Nashville, TN 37201 |
| Eric Bram, Rabbi<br>Suburban Temple Koi-Ami<br>22401 Chagrin Boulevard<br>Beachwood, OH 44122 | Jonathan Adland<br>707 Cedar Place<br>Carmel, IN 46032 |

                                                  s/Mark H. Wildasin
                                                  MARK H. WILDASIN