# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN HERZ SRIVASTAVA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:10-0082 |
| ) | |
| v. ) | JUDGE HAYNES |
| ) | |
| BLAKEFORD AT GREEN HILLS ) | |
| CORPORATION, VAN CLUCK, PATRICIA ) | |
| MORELL, ARNOLD BIENSTOCK, ERIC ) | JURY TRIAL DEMANDED |
| BRAM, JONATHAN ADLAND, ORA HIRSCH ) | |
| PESCOVITZ, and DAVID F. HAMILTON, ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE UNITED STATES AS DEFENDANT

The United States of America moves the Court to substitute the United States for the individual federal defendant, David F. Hamilton, as to plaintiff's state law tort claims in the above styled action.

Title 28 U.S.C. § 2679(d)(1) mandates substitution of the United States as defendant in tort actions in which the Attorney General or his designee has certified that the defendant was acting within the scope of his federal employment at the time of the incident giving rise to suit. The Attorney General has delegated this certification authority to the United States Attorney. *See* 28 C.F.R. § 15.4(a) ("The United States Attorney for the district where the civil action or proceeding is brought ... is authorized to make the statutory certification that the Federal employee was acting within the scope of his office or employment with the Federal Government at the time of the incident out of which the suit arose.").

The United States Attorney for the Middle District of Tennessee has certified that David F. Hamilton was acting within the scope of his federal employment at the time of the events giving rise to this case. That Certification is filed concurrently with this motion. Substitution is thus mandated by 28 U.S.C. § 2679(d)(1) as to plaintiff's state law tort claims for intentional infliction of emotional distress (Count III; *see* complaint ¶ 52) and fraud (Count IV; *see* complaint ¶ 53).

Respectfully submitted,

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE


BY: s/Mark H. Wildasin
MARK H. WILDASIN (BPR 015082)
ASSISTANT UNITED STATES ATTORNEY
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing pleading has been served, by electronic means, via the U.S. District Court's system, if registered, otherwise by First Class Mail postage prepaid, this 9th day of April 2010, on:

Carolyn Herz Srivastava
3105 Lehigh Court
Indianapolis, IN 46268

Arnold Bienstock
120 West 64th Street
Indianapolis, IN 46260

Michael D. Sontag, Esq.
Bass Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201

Eric Bram, Rabbi
Suburban Temple Koi-Ami
22401 Chagrin Boulevard
Beachwood, OH 44122

Douglas B. King, Esq.
Wooden & McLaughlin LLP
211 North Pennsylvania Avenue
Suite 1800
Indianapolis, IN 46204-4208

Charles K. Grant, Esq.
Benjamin H. Bodzy, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
211 Commerce Street
Suite 800
Nashville, TN 37201

Jonathan Adland
707 Cedar Place
Carmel, IN 46032


  s/Mark H. Wildasin
MARK H. WILDASIN