| | |
|---|---|
| CAROLYN HERZ SRIVASTAVA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:10-0082 |
| ) | |
| v. ) | JUDGE HAYNES |
| ) | |
| BLAKEFORD AT GREEN HILLS ) | |
| CORPORATION, VAN CLUCK, PATRICIA ) | |
| MORELL, ARNOLD BIENSTOCK, ERIC ) | JURY TRIAL DEMANDED |
| BRAM, JONATHAN ADLAND, ORA HIRSCH ) | |
| PESCOVITZ, and DAVID F. HAMILTON, ) | |
| ) | |
| Defendants. ) | |

*[Handwritten: ORDER. This motion is GRANTED. [signature] U.S.D.J. 4-14-10]*

## MOTION TO SUBSTITUTE UNITED STATES AS DEFENDANT

The United States of America moves the Court to substitute the United States for the individual federal defendant, David F. Hamilton, as to plaintiff's state law tort claims in the above styled action.

Title 28 U.S.C. § 2679(d)(1) mandates substitution of the United States as defendant in tort actions in which the Attorney General or his designee has certified that the defendant was acting within the scope of his federal employment at the time of the incident giving rise to suit. The Attorney General has delegated this certification authority to the United States Attorney. *See* 28 C.F.R. § 15.4(a) ("The United States Attorney for the district where the civil action or proceeding is brought ... is authorized to make the statutory certification that the Federal employee was acting within the scope of his office or employment with the Federal Government at the time of the incident out of which the suit arose.").