UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Carolyn Herz Srivastava

                              Plaintiff,

v.                                                           Case No.:
                                                            3:10–cv–00082
                                                            District Judge William
                                                           J. Haynes, Jr

Blakeford at Green Hills Corporation, et al.

                              Defendant.

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/12/2010.

                                                                            Keith Throckmorton, Clerk
                                                                        s/ Ann Frantz, Deputy Clerk